SO ORDERED.

Dated: May 24, 2011

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-25293

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert C. Vivian and Janet Vivian,<br>Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Trust 2006-WF1<br><br>     Movant,<br>vs.<br><br>Robert C. Vivian and Janet Vivian, Debtors, Edward J. Maney, Trustee.<br><br>     Respondents. | No. 2:10-BK-27489-RTB<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #18) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 23, 2005 and recorded in the office of the MARICOPA County Recorder wherein U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Trust 2006-WF1 is the current beneficiary and Robert C. Vivian and Janet Vivian, Robert C. Vivian and Janet Vivian have an interest in, further described as:

> LOT 441, STARDUST SKIES UNIT FIVE, ACCORDING TO BOOK 104 OF MAPS, PAGE 46, RECORDS OF MARICOPA, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.